Alicia Hernandez LOZANO, Petitioner,

v.

Alberto R. GONZALES, Attorney
General, Respondent.

No. 05–73344.

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2006.*

Decided July 31, 2006.

Evan L. Murri, Esq., Law Offices of
Evan L. Murri, Pomona, CA, for Petition-
er.

District Counsel, Office of the District
Counsel Department Of Homeland Securi-
ty, Las Vegas, NV, Ronald E. Lefevre,
Chief Counsel, Office of the District Coun-
sel Department of Homeland Security, San
Francisco, CA, District Director, Office of
the District Chief Counsel U.S. Depart-
ment of Homeland Security, Phoenix, AZ,
OIL, U.S. Department of Justice Civil
Div./Office of Immigration Lit., Washing-
ton, DC, for Respondent.

Before: ALARCÓN, HAWKINS, and
THOMAS, Circuit Judges.

MEMORANDUM **

Alicia Hernandez Lozano, a native and
citizen of Mexico, petitions for review of
the Board of Immigration Appeals'
("BIA") order dismissing her appeal from
an immigration judge's ("IJ") order deny-
ing her application for cancellation of re-
moval. We dismiss the petition for review.

We lack jurisdiction to consider Hernan-
dez Lozano's contention that the IJ violat-
ed her due process rights in denying her
request for a continuance and failing to
provide an adequate explanation of hearing
procedures, because she failed to raise
these issues before the BIA and thereby
failed to exhaust her administrative reme-
dies. *See Barron v. Ashcroft*, 358 F.3d
674, 678 (9th Cir.2004) (noting that due
process claims that are "procedural in na-
ture" must be exhausted).

**PETITION FOR REVIEW DIS-
MISSED.**

Armando Jimenez MENDOZA; Maria
Estela Jimenez, Petitioners,

v.

Alberto R. GONZALES, Attorney
General, Respondent.

No. 05–72916.

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the

Submitted July 24, 2006.*

Decided July 31, 2006.

Stephen Shaiken, Esq., Law Office of Stephen Shaiken, San Francisco, CA, for Petitioner.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, OIL, U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

Armando Jimenez Mendoza and Maria Estela Jimenez, husband and wife, natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. *See Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir.2003). We grant the petition for review and remand for further proceedings.

The BIA denied the motion to reopen because it found that the evidence presented with Petitioners' motion to reopen regarding their son's learning deficiency was previously available and could have been discovered or presented at the former hearing. As the Respondent concedes, the BIA incorrectly determined that the prof-

erred evidence concerned Petitioners' eldest son, whose learning difficulties were raised at the prior hearing, when, in fact, it pertained to their youngest son, for whom no such evidence was presented at the prior hearing. The BIA's failure to conduct a careful review of the evidence constitutes an abuse of discretion. *See Mohammed v. Gonzales*, 400 F.3d 785, 792–93 (9th Cir.2005) (holding that BIA abused its discretion by issuing a nonsensical and sloppy opinion and by failing to consider all attached evidence). The BIA's additional determination that Petitioners failed to establish the requisite degree of hardship was premised on its misapprehension of the nature of the proferred evidence. We therefore remand for the BIA to reassess the evidence and determine whether, when properly viewed, Petitioners' motion to reopen should be granted.

**PETITION FOR REVIEW GRANTED; REMANDED.**

Gruia **TOMUTA**, Petitioner,

v.

Alberto R. **GONZALES**, Attorney General, Respondent.

No. 05–72772.

United States Court of Appeals, Ninth Circuit.

courts of this circuit except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.